IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | No. |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **Commercial Sex Trafficking of Children** |
| | ) | 18 U.S.C. §§ 1591 and 1594(a) |
| **RANDAL JENNINGS**, | ) | NLT: 10 Years Imprisonment |
| [DOB: 10/24/66], | ) | NMT: Life Imprisonment |
| | ) | NMT: $250,000 Fine |
| Defendant. | ) | Supervised Release: Any Term or Years or Life |
| | ) | Orders of Restitution |
| | ) | $100 Special Assessment |
| | ) | Class A Felony |

## **I N F O R M A T I O N**

On or about October 1, 2007, to and including, January 29, 2009, in the Western District of Missouri and elsewhere, **RANDAL JENNINGS**, defendant herein, knowingly, in and affecting interstate commerce, recruited, enticed, harbored, transported, provided, and obtained Child Victim #1, Child Victim #2, Child Victim #5, and others, who had not attained the age of 18 years, and knew that each child victim would be

caused to engage in a commercial sex acts; and attempted to do so; all in violation of Title 18, United States Code, Sections 1591 and 1594(a).

                                    Matt J. Whitworth
                                    Acting United States Attorney

                          By     */s/ Cynthia L. Cordes*

                                    Cynthia L. Cordes #6283752
                                    Assistant United States Attorney

Dated: 7-16-09
       Kansas City, Missouri